District Judge J. Richard Creatura

1

2

3

4

5

6

7          UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
8                  AT SEATTLE

9  SOK, VUTHY,
                                        Case No.  C10-05337 JRC
10
              Plaintiff,
11                            v.          JOINT STIPULATION FOR
                                        VOLUNTARY DISMISSAL
12  ERIC HOLDER, JR., Attorney General of the United   AND REMAND TO USCIS
    States, et. al.,                      FOR ADJUDICATION
13
                                        **Noted for consideration: July 16, 2010.**
14              Defendants.

15

16                      **JOINT STIPULATION**

17        COMES NOW, the parties, by and through their respective attorneys of record, and respectively

18  ask the Court to remand the N-400 Application for Naturalization filed by Plaintiff  to the United States

19  Citizenship and Immigration Services ("USCIS"), with an order pursuant to 8 U.S.C. § 1447(b), that

20  USCIS shall adjudicate and issue a decision on the Application within forty-five (45) days from the date

21  of the Court's Order.  In addition, the parties respectfully stipulate to the dismissal of Plaintiff's case

22  without prejudice, and without claim of either party to attorney fees or costs, and the parties respectfully

23  stipulate that the Court shall retain jurisdiction to enforce the terms of this stipulation.

24

25

26

27

28

UNITED  STATES  ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98104-1271
TEL. (206) 553-7970

DATED: July 16, 2010.

DATED: July 16, 2010

DAVIES PEARSON, PC

JENNY A. DURKAN
United States Attorney

/s/ Sok-khieng K. Lim
SOK-KHIENG K. LIM, WSBA No. 30607
Attorney at Law
P.O. Box 1657
Tacoma, Washington 98401
Phone: 253-620-1500
Email: slim@dpearson.com

/s/ Priscilla T. Chan
PRISCILLA T. CHAN, WSBA No. 28533
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-533-7970
Email: Priscilla.Chan@usdoj.gov

Attorney for Plaintiff

Attorney for Defendants

## ORDER

The parties having so stipulated and agreed, it is hereby **SO ORDERED**.  The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 20th day of July, 2010.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

STIPULATED ORDER - 2
(CV10-5337 JRC)

1

2   Presented by:

3

JENNY A. DURKAN
4   United States Attorney

5

 /s/ Priscilla T. Chan
6   PRISCILLA T. CHAN, WSBA No. 28533
Assistant United States Attorney
7   United States Attorney's Office
Western District of Washington
8   700 Stewart Street, Suite 5220
Phone: (206) 553-7970
9   Email: priscilla.chan@usdoj.gov

10   Attorney for Defendants

11

12   DAVIES PEARSON, PC

13   /s/ Sok-khieng K. Lim
SOK-KHIENG K. LIM, WSBA No. 30607
14   Attorney at Law
P.O. Box 1657
15   Tacoma, Washington 98401
Phone: 253-620-1500
16   Email: slim@dpearson.com

17   Attorney for Plaintiff

18

19

20

21

22

23

24

25

26

27

28